.STATE OF MINNESOTA, *ex rel.* Chicago, St. Paul, Minneapolis & Omaha
Railway Company *vs.* S. V. HANFT.

October 28, 1884.

*Certiorari* will not lie where there has been an opportunity for appeal.   [REP.

*Certiorari* directed to respondent, a justice of the peace for Ramsey county, seeking to have reversed and declared null and void a
judgment rendered by respondent against relator, as garnishee. in an
action brought by one D. J. McNerny against one Eugene Haynes.
.After the service of the garnishee summons in the justice court, the
relator duly appeared upon the return-day and made disclosure of an
indebtedness to defendant Haynes.   The garnishment proceedings
·were then continued to a fixed day, in order to allow time for the service of the summons by publication upon Haynes, (who was a non-
resident,) and for the recovery of judgment against him.   Upon the
·day fixed, the garnishee did not appear, and, judgment having been
entered against the defendant, the justice entered judgment against
the relator, as garnishee.   No appeal was taken from this judgment
against the relator within the time allowed by statute.   It is claimed
by relator that the judgment against defendant Haynes is void upon
its face, because of insufficient publication of the summons.   Re-
:spondent moved to dismiss the writ.

*E. C. Palmer* and *J. D. Howe,* for relator.

*S. P. Crosby* and *William H. Lightner,* for respondent.

*By the Court.*   The uniform doctrine of this court is that the writ
·of *certiorari* will not lie where there is an adequate remedy by appeal.   This garnishee had that remedy, and the writ is accordingly
dismissed.